IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
BOWDE J. JOHNSON, Personal    )
Representative of the Estate  )
of Russell D. Johnson,        )
                              )
          Plaintiff,          )         8:05CV426
                              )
     v.                       )
                              )
PFIZER, INC., a foreign       )         ORDER
corporation,                  )
                              )
          Defendant.          )
_____)
```

     This matter is before the Court on the joint stipulation to dismiss (Filing No. 24).  Pursuant thereto,

     IT IS ORDERED that this action is dismissed with prejudice, each party to pay its own costs and attorney fees.

     DATED this 20th day of March, 2007.

                              BY THE COURT:

                              /s/ Lyle E. Strom
                              _____
                                LYLE E. STROM, Senior Judge
                                United States District Court